ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA 93711
Telephone: (559) 221-0200
Fax: (559) 221-7997
E-mail: capozzilaw@aol.com

Attorney for Defendant,
DUNCAN WILLIAM NOTHSTEIN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  Case No.: CR-F-08-077 AWI |
| | ) |
| Plaintiff, | )  STIPULATION  TO CONTINUE STATUS |
| vs. | )  CONFERENCE AND ORDER THEREIN |
| | ) |
| DUNCAN WILLIAM NOTHSTEIN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED between the Defendant, DUNCAN WILLIAM
NOTHSTEIN, by and through his attorney-of-record, Anthony P. Capozzi, and Plaintiff, by and
through Assistant United States Attorney, Elana Landau, that the Status Conference now set for
Monday, November 16, 2009 be continued to Monday, December 21, 2009 at 9:00 a.m.

It is further stipulated by the parties that any delay resulting from this continuance shall be
excluded on the following basis:

1

1   a.  Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served

2       by taking such action outweighs the best interest of the public and the defendant in

3       a speedy trial.

4   b.  Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable to expect

5       adequate preparation for pre-trial proceedings or for the trial itself with the time limits

6       established due to the complexity of the case.

7             Respectfully submitted,

8 Dated:  November 12, 2009

9               /s/  Anthony  P.  Capozzi

10             Anthony P. Capozzi,
               Attorney for Defendant,

11             DUNCAN WILLIAM NOTHSTEIN

12

13 Dated:  November 12, 2009

14

15               /s/  Elana  Landau

16             Elana Landau,
               Assistant U.S. Attorney

17

18

19

20

21

22

23

24

25

26

27

28          2

1

## <u>ORDER</u>

2

    IT IS SO ORDERED.  Good cause having been shown, the Status Conference now set for

3

Monday, November 16, 2009 is vacated and continued to Monday, December 21, 2009 at 9:00 a.m.

4

Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 U.S.C. §§

5

3161(h)(A) and 3161(h)(B)(ii).

6

7

IT IS SO ORDERED.

8

**Dated:    November 12, 2009**                          /s/ Anthony W. Ishii
                                                 CHIEF UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3