BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:08-CR-00077 AWI |
| ) | |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| ) | |
| v. ) | |
| ) | |
| DUNCAN WILLIAM NOTHSTEIN, ) | |
| ) | |
| Defendant. ) | |

WHEREAS, on or about January 12, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853, based upon the plea agreement entered into between plaintiff and defendant Duncan William Nothstein forfeiting to the United States the following property:

  a. Approximately $10,780.00 in U.S. Currency; and

  b. A 1992 Monaco (SS) Motor Home, License #HC40473; VIN IRF120516M1018074;

AND WHEREAS, on January 23, 2010, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties

FINAL ORDER OF FORFEITURE          1

of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited properties;

AND WHEREAS, the Court has been advised that no other third party has filed a claim to the subject properties and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the following properties pursuant to 21 U.S.C. § 853, to be disposed of according to law, including all right, title, and interest of defendant Duncan William Nothstein:

    a. Approximately $10,780.00 in U.S. Currency; and

    b. A 1992 Monaco (SS) Motor Home, License #HC40473; VIN IRF120516M1018074.

2. All right, title, and interest in the above-listed properties shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject properties until they are disposed of according to law.

IT IS SO ORDERED.

Dated:   **March 30, 2010**            /s/ Anthony W. Ishii
                                                CHIEF UNITED STATES DISTRICT JUDGE